**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **QUACK'S 43RD ST. BAKERY, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  7 4 – 2 8 7 6 6 2 6

**4. Debtor's address**

**Principal place of business**

6814 Vine St
Number   Street

Austin, TX 78757-2348
City                              State     ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

901 S. Mopac Expwy, Building 1
Number   Street

Austin, TX 78746
City                              State     ZIP Code

**Location of principal assets, if different from principal place of business**

411 E 43rd St
Number   Street

Austin, TX 78751-3809
City                              State     ZIP Code

**5. Debtor's website (URL)**  https://quacksbakery.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **QUACK'S 43RD ST. BAKERY, LLC**                                          Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **7**   **2**   **2**   **5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                      MM / DD / YYYY

       Case number, if known _____

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br><br>**Where is the property?** _____<br>Number    Street<br><br>_____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor    **QUACK'S 43RD ST. BAKERY, LLC**                                        Case number *(if known)* _____
          Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/21/2024**
               MM/ DD/ YYYY

X  **/s/ Arthur Silver** _____          **Arthur Silver** _____
   Signature of authorized representative of debtor          Printed name

Title _____**Member**_____

**18. Signature of attorney**

X  _____**/s/ Robert C Lane**_____          Date **11/21/2024**
   Signature of attorney for debtor                        MM/ DD/ YYYY

**Robert C Lane** _____
Printed name

**The Lane Law Firm** _____
Firm name

**1555 State St** _____
Number        Street

**Salem** _____          **OR**      **97301** _____
City                                 State       ZIP Code

**(713) 595-8200** _____          **notifications@lanelaw.com** _____
Contact phone                                 Email address

**24046263** _____          **TX** _____
Bar number                                 State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---:|
| a. Total assets | $96,732.28 |
| b. Total debts (including debts listed in 2.c., below) | $875,089.54 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

**Fill in this information to identify the case:**

Debtor name      **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __11/21/2024__     **X** /s/ Arthur Silver _____
     MM/ DD/ YYYY        Signature of individual signing on behalf of debtor

                            **Arthur Silver** _____
                            Printed name

                            **Member** _____
                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name      **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

         **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Eggers Joint Living Trust<br>3402 Broadmead Dr<br>Houston, TX 77025-3703 | | Loan | | | | $200,000.00 |
| 2 | Forward Financing LLC<br>53 State St Fl 20<br>Boston, MA 02109-2820 | | UCC | Disputed | | | $102,240.30 |
| 3 | Crocket Partnership LLC<br>1300 W Lynn St Ste 100<br>Austin, TX 78703-3927 | | Rent | | | | $72,000.00 |
| 4 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | | Loan | | | | $44,431.00 |
| 5 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | | Loan | | | | $40,708.00 |
| 6 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | | Loan | | | | $26,727.00 |
| 7 | Marlin Capital Solutions<br>16019 Adelante St<br>Irwindale, CA 91702-3255 | | Purchase money loan for equipment | | $36,298.07 | $10,000.00 | $26,298.07 |
| 8 | Johnson Brothers<br>10731 N Ih 35<br>San Antonio, TX 78233-6639 | | Vendor | | | | $25,000.00 |

Debtor    **QUACK'S 43RD ST. BAKERY, LLC**                              Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Chase PO Box BOX 78039 Phoenix, AZ 85062 | | Credit Card | Disputed | | | $24,218.00 |
| 10 Amli 5057 Keller Springs Rd Ste 250 Addison, TX 75001-6912 | | Rent | | | | $23,315.17 |
| 11 Chase PO Box BOX 78039 Phoenix, AZ 85062 | | Credit Card | Disputed | | | $14,752.00 |
| 12 Bank of America ATTN: Bankruptcy Dept 4161 Piedmont Parkway Greensboro, NC 27420-6012 | | Credit Card | Disputed | | | $13,800.00 |
| 13 David Hansen Cloud Services 5701 Kleberg Trl Austin, TX 78747-2738 | | Vendor | | | | $5,200.00 |
| 14 Hyde Park High Street, LLC 3501 Manor Road Austin, TX 78723 | | Lease Rejection | Disputed Unliquidated | | | $2,400.00 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor Name   **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  —  $2,600.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **UFCU** | **Checking account** | **9  4  1  5** | $12,314.16 |
| 3.2. **Simmons Bank** | **Checking account** | **4  0  9  6** | $1.00 |
| 3.3. **Prosperity Bank** | **Checking account** | **8  9  4  1** | $200.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$15,115.16**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| Debtor | QUACK'S 43RD ST. BAKERY, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 7.1 | **Crockett Partnership LLC** | $12,362.00 |
|---|---|---|
| 7.2 | **PPF Amli Simond Avenue, LLC** | $6,417.12 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.          | $18,779.12 |

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   **unknown** - **unknown** =.....➡    $23,567.00

    face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   **unknown** - **unknown** =.....➡    $8,440.00

    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          | $32,007.00 |

---

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1 _____ | _____ | _____ |
    | 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

    | | | |
    |---|---|---|
    | 15.1 _____ | _____ | _____ |
    | 15.2 _____ | _____ | _____ |

---

Debtor    **QUACK'S 43RD ST. BAKERY, LLC**      Case number *(if known)* _____
     Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____   _____   _____

   16.2 _____   _____   _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Perishables | MM / DD / YYYY | unknown | | $600.00 |
| Non-perishables | MM / DD / YYYY | unknown | | $500.00 |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Alcohol Inventory | MM / DD / YYYY | unknown | | $550.00 |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.    **$1,650.00**

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**                                       Case number *(if known)* _____

Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. _____

34.  **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| Debtor | **QUACK'S 43RD ST. BAKERY, LLC** | Case number *(if known)* _____ |
| --- | --- | --- |
| | Name | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| | Table - Generic Steel (16) | unknown | | $450.00 |
| | Table - Generic (x12) | unknown | | $100.00 |
| | Chair - Generic (x30) | unknown | | $90.00 |
| | Stool - Generic (x12) | unknown | | $60.00 |
| | Bar Stools - Generic (x8) | unknown | | $20.00 |
| | Tables - Generic (x6) | unknown | | $95.00 |
| | Chairs - Generic (x12) | unknown | | $50.00 |
| | Stools - Homall 30 inch (x8) | unknown | | $40.00 |
| 40. | **Office fixtures** | | | |
| | Sink - Suncast (Generic) | unknown | | $25.00 |
| | 3 compartment sink - Generic Underbar | unknown | | $50.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Cooler/Freezer - Master-Bilt MB5760610COX | unknown | | $200.00 |
| | Sound Board - Allen & Heath SQ-6 | unknown | | $1,000.00 |
| | DX Expander - Allen & Heath DX168 | unknown | | $300.00 |
| | Speaker - QSC KW122 (x6) | unknown | | $1,000.00 |
| | Ice Machine - Hoshizaki C-80BAJ | unknown | | $150.00 |
| | Refrigerator - Midea MERM33S1ABB | unknown | | $50.00 |
| | Refrigerator - Everest EBB90G-SD | unknown | | $200.00 |
| | Beer Dispenser - Generic 9 Tap | unknown | | $50.00 |
| | Mixer - Hobart L800 (x2) | unknown | | $150.00 |
| | Poofer - Doyon DRIP1TLO | unknown | | $150.00 |
| | Bakery Rotating Rack Ovens (LBC brand) | unknown | | $10,000.00 |
| | Refrigerator - Beverage Air MMR12HC-1-B | unknown | | $100.00 |
| | Ice Machine - Hoshizaki F-300BAE | unknown | | $200.00 |
| | Coffee Brewer - Curtis G4TP2T10A3500 | unknown | | $400.00 |
| | Slushy Machine - Bunn 2 Hopper Ultra-2 | unknown | | $200.00 |
| | Espresso Machine - La Marzocco Linea 3EE | unknown | | $500.00 |
| | Refrigerator - True TUC-48-HC | unknown | | $100.00 |
| | Refrigerator - Master-Bilt BMG 74 HGP | unknown | | $200.00 |

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**

Case number *(if known)*

Name

| | | |
|---|---|---|
| **Toaster Oven - Panasonic NB-G110P** | unknown | $25.00 |
| **Food Warmer - Vulcan VW3S-1M0ZX** | unknown | $50.00 |
| **Refrigerator - Leader HBK57** | unknown | $200.00 |
| **Refrigerator - Leader CBK48 D (x2)** | unknown | $100.00 |
| **Refrigerator - Avantco SS-3R-HC** | unknown | $150.00 |
| **Espresso Grinder - Mahlkonig K30 (x2)** | unknown | $125.00 |
| **Espresso Grinder - Ditting KF804** | unknown | $250.00 |
| **Computers (6)** | unknown | $100.00 |
| **Phones (8) (Lease)** | unknown | $0.00 |
| **Printer (6)** | unknown | $200.00 |
| **Security Camera/NVRs (7)** | unknown | $150.00 |
| **Network (9)** | unknown | $100.00 |
| **POS Systems (8)** | unknown | $350.00 |
| **Electronics** | unknown | $175.00 |
| **Refrigerator - Master Built CQB 50 (10 years old)** | unknown | $100.00 |
| **Refrigerator - Turbo Air 40SB-N (10 years old)** | unknown | $100.00 |
| **Refrigerator - True GDM-72 (10 years old)** | unknown | $500.00 |
| **Ice Maker: Hoshizaki F-650MAE (15 years old)** | unknown | $75.00 |
| **Refrigerator - Beverage Air CDR6-1** | unknown | $100.00 |
| **Bakery Case - 91048-48R** | unknown | $75.00 |
| **Refrigerator - Beverage Air** | unknown | $100.00 |
| **Coffee Brewer - Curtis G4TP2T10A3500** | unknown | $200.00 |
| **Freezer - Triplex Refrigeration** | unknown | $100.00 |
| **Freezer - Arugus** | unknown | $225.00 |
| **Oven - Hobart HBA2G** | unknown | $1,000.00 |
| **Freezer - Maxx Cold MCFT** | unknown | $100.00 |
| **Freezer - Norlake Walk-in (3)** | unknown | $1,500.00 |
| **Mixer - Hobart H600 (40 years old)** | unknown | $300.00 |
| **Mixer - Hobart M802 (40 years old)** | unknown | $325.00 |
| **Oven - Blodgett DFG100 (2)** | unknown | $500.00 |
| **Espresso Machine - Rancilio Classe 9** | unknown | $400.00 |
| **Meat Slicer (broken)** | unknown | $25.00 |
| **Grinder - Mahlkonig K30** | unknown | $100.00 |
| **Small Mixer - Kitchenaid Professional 5 Plus** | unknown | $35.00 |

Debtor    **QUACK'S 43RD ST. BAKERY, LLC**        Case number *(if known)* _____
         Name

| | | |
|---|---|---:|
| **Small Mixer - Avantco Generic** | unknown | $40.00 |
| **Tool Cart - Huskey** | unknown | $25.00 |
| **Freezer - Vissani MDUFC7SS** | unknown | $200.00 |
| **Freezer/Refrigerator - Turbo Air JUR-48-N6 (x2)** | unknown | $250.00 |
| **Cold Case Display - Leader HBk48** | unknown | $250.00 |
| **Cold Case Display - Leader HBK57 (broken)** | unknown | $50.00 |
| **Refrigerator - Generic** | unknown | $75.00 |
| **Ice Machine - Hoshizaki F-300BAE** | unknown | $100.00 |
| **Espresso Grinder - Mahlkonig K30 Twin** | unknown | $50.00 |
| **Coffee Brewer - Crurtis G4TP1S63W3100** | unknown | $200.00 |
| **Refrigertor - Arctic Air AGR23** | unknown | $100.00 |
| **Mixer - Hobart H-600 (x2) (40 years old)** | unknown | $1,000.00 |
| **Thunderbird Dough Sheeter TBD-500 NSF. (10 years old)** | unknown | $250.00 |
| **Cooler Walk in - Carroll Coolers 5 X 7** | unknown | $500.00 |
| **Freezer - Arctic Air AF23** | unknown | $75.00 |
| **Mixer - Hobart 30QT (30 years old)** | unknown | $75.00 |
| **Microwave - Panasonic 1250W-NN-SN76LS** | unknown | $50.00 |
| **Containers - Baker's Lane 21 Gallon (5)** | unknown | $25.00 |
| **Oven - Patriot PT-CQ Double (x2) (generic equipment)** | unknown | $500.00 |
| **Rondo Sheeter** | unknown | $300.00 |
| **Rolling Racks** | unknown | $200.00 |
| **Flatware and Dishware** | unknown | $500.00 |
| **Smallwares** | unknown | $500.00 |
| **Lady Quack's sign** | unknown | $100.00 |
| **LaMarzoco Zoe espresso machine (Lease)** | unknown | $0.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

     42.1 _____

     42.2 _____

     42.3 _____

43.   **Total of Part 7**

     Add lines 39 through 42. Copy the total to line 86.           **$29,180.00**

Debtor   **QUACK'S 43RD ST. BAKERY, LLC**                                    Case number *(if known)* _____
Name

---

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Nissan NV 200 / Lease** | **unknown** | | **$0.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                    **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

Debtor   **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)* _____

| 55. | Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest | | | | |
|---|---|---|---|---|---|
| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.1 | _____ | _____ | _____ | _____ | _____ |
| 55.2 | _____ | _____ | _____ | _____ | _____ |
| 55.3 | _____ | _____ | _____ | _____ | _____ |
| 55.4 | _____ | _____ | _____ | _____ | _____ |
| 55.5 | _____ | _____ | _____ | _____ | _____ |
| 55.6 | _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

```
_____
```

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| https://quacksbakery.com/ | **unknown** | _____ | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor    **QUACK'S 43RD ST. BAKERY, LLC**        Case number *(if known)* _____
<br>Name

65. **Goodwill**

| | | |
|---|---|---|

66. **Total of Part 10** | | **$1.00**
<br>Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
<br>☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
<br>☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
<br>☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
<br>Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
<br>☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
<br>Description (include name of obligor)

_____   _____ – _____ = ➡ _____
<br>               Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
<br>Description (for example, federal, state, local)

_____ Tax year _____ _____
<br>_____ Tax year _____ _____
<br>_____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

_____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ _____

    Nature of claim    _____

    Amount requested    _____

Debtor      **QUACK'S 43RD ST. BAKERY, LLC**

Case number *(if known)*

Name

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**

     **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor     **QUACK'S 43RD ST. BAKERY, LLC**                    Case number *(if known)*
           Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,115.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,779.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,007.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,650.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $29,180.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $96,732.28 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................ | | $96,732.28 |

Fill in this information to identify the case:

Debtor name **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Forward Financing LLC**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $102,240.30  **Value of collateral:** unknown

**Creditor's mailing address**

**53 State St Fl 20**

**Boston, MA 02109-2820**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 04/11/2024

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance loan. UCC lien filed 11/12/24.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$138,538.37

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**
　　　　Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** **Creditor's name**
**Marlin Capital Solutions**

**Creditor's mailing address**
**16019 Adelante St**

**Irwindale, CA 91702-3255**

**Creditor's email address, if known**
_____

**Date debt was incurred** ___06/17/2022___

**Last 4 digits of account number** __8__ __6__ __2__ __3__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Equipment Finance Agreement - Bakery Rotating Rack Ovens

**Describe debtor's property that is subject to a lien**
Bakery Rotating Rack Ovens (LBC brand)

**Describe the lien**
**Purchase money loan for equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,298.07

$10,000.00

Debtor     **QUACK'S 43RD ST. BAKERY, LLC**                    Case number (if known) _____
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Marlin Business Services**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | Line 2. __2__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name     **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor **QUACK'S 43RD ST. BAKERY, LLC**      Case number *(if known)* _____
Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amli**

**5057 Keller Springs Rd Ste 250**

**Addison, TX 75001-6912**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Back rent (Sept - Nov 2024) for Simond Ave location.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $23,315.17**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank of America**

**ATTN: Bankruptcy Dept**

**4161 Piedmont Parkway**

**Greensboro, NC 27420-6012**

Date or dates debt was incurred _____

Last 4 digits of account number **9 4 6 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $13,800.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Chase**

**PO Box BOX 78039**

**Phoenix, AZ 85062**

Date or dates debt was incurred _____

Last 4 digits of account number **6 8 6 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $24,218.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Chase**

**PO Box BOX 78039**

**Phoenix, AZ 85062**

Date or dates debt was incurred _____

Last 4 digits of account number **9 6 9 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $14,752.00**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 2 of 7

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Cheryl Silver**

**6814 Vine St**

**Austin, TX 78757-2348**

Date or dates debt was incurred  **7/25/23**

Last 4 digits of account number  __ __ __ __

Remarks: Promissory Note (wife)

As of the petition filing date, the claim is:  **$109,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Cheryl Silver**

**6814 Vine St**

**Austin, TX 78757-2348**

Date or dates debt was incurred  **11/30/22**

Last 4 digits of account number  __ __ __ __

Remarks: Promissory Note

As of the petition filing date, the claim is:  **$109,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Crocket Partnership LLC**

**1300 W Lynn St Ste 100**

**Austin, TX 78703-3927**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Back rent for Menchaca Rd location.

As of the petition filing date, the claim is:  **$72,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Daniel Rodriguez**

**340 Comanche St**

**New Braunfels, TX 78130**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractor Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**
Name                                                      Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,200.00
| **David Hansen Cloud Services** | *Check all that apply.* |
| | ☐ Contingent |
| **5701 Kleberg Trl** | ☐ Unliquidated |
| **Austin, TX 78747-2738** | ☐ Disputed |
| | **Basis for the claim:** **Vendor** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Edward N. Shaw, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **304 Fox King** | ☐ Unliquidated |
| **Burnet, TX 78611** | ☐ Disputed |
| | **Basis for the claim:** **Lease** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00
| **Eggers Joint Living Trust** | *Check all that apply.* |
| | ☐ Contingent |
| **3402 Broadmead Dr** | ☐ Unliquidated |
| **Houston, TX 77025-3703** | ☐ Disputed |
| | **Basis for the claim:** **Loan** |
| Date or dates debt was incurred  **07/26/2024** | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,000.00
| **Heather O'Connor** | *Check all that apply.* |
| | ☐ Contingent |
| **13818 Whisper Bnd** | ☐ Unliquidated |
| **San Antonio, TX 78252-4694** | ☐ Disputed |
| | **Basis for the claim:** **Loan** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes |

Remarks:
Creditor is a former manager who made personal loan during her tenure.

---

Debtor **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |
|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Hyde Park High Street, LLC**

**3501 Manor Road**

**Austin, TX 78723**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Lease Rejection**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,400.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Johnson Brothers**

**10731 N Ih 35**

**San Antonio, TX 78233-6639**

Date or dates debt was incurred

Last 4 digits of account number **0  0  3  3**

Remarks: Critical Vendor

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$25,000.00**

---

**3.15** Nonpriority creditor's name and mailing address

**WebBank**

**215 S State St Ste 1000**

**Salt Lake Cty, UT 84111-2336**

Date or dates debt was incurred **02/12/2024**

Last 4 digits of account number **a  0  c  f**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$26,727.00**

---

**3.16** Nonpriority creditor's name and mailing address

**WebBank**

**215 S State St Ste 1000**

**Salt Lake Cty, UT 84111-2336**

Date or dates debt was incurred **03/13/2024**

Last 4 digits of account number **7  c  7  d**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$40,708.00**

---

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,431.00 |

**WebBank**

215 S State St Ste 1000

Salt Lake Cty, UT 84111-2336

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Loan

Date or dates debt was incurred    **01/30/2024**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   6   7   c**

Debtor     **QUACK'S 43RD ST. BAKERY, LLC**
_____
           Name

Case number *(if known)* _____

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$736,551.17** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$736,551.17** |

Fill in this information to identify the case:

Debtor name     **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____ Chapter _____ **11**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Vehicle Lease** / **Contract to be ASSUMED** | **Austen Silver** / **12345 Lamplight Village Ave Apt 228** / **Austin, TX 78758-2554** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Espresso Machine Lease** | **Clicklease LLC** / **1182W W 2400 S** / **West Valley City, UT 84119** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Captain Quacks Coffeehouse Lease for suites 5320-5330 Manchaca Rd** / **Contract to be ASSUMED** | **Crockett Partnership LLC** / **1300 W Lynn St Ste 100** / **Austin, TX 78703-3927** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Construction Contract - 5326 Menchaca, Austin TX 78751** / **Contract to be ASSUMED** | **Daniel Rodriguez** / **340 Comanche St** / **New Braunfels, TX 78130** |
| | State the term remaining: **0 months** | |
| | List the contract number of any government contract | |

Debtor      **QUACK'S 43RD ST. BAKERY, LLC**                              Case number *(if known)* _____
                 Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - IT Services** | **David Hansen Cloud Services** |

State what the contract or lease is for and the nature of the debtor's interest: **Service Agreement - IT Services** — **Contract to be ASSUMED**

**David Hansen Cloud Services**
**5701 Kleberg Trl**
**Austin, TX 78747-2738**

State the term remaining: **0 months**

List the contract number of any government contract: _____

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: **Bakery/Cafe Lease - 43rd St location** — **Contract to be ASSUMED**

**Edward N. Shaw, LLC**
**304 Fox King**
**Burnet, TX 78611**

State the term remaining: **0 months**

List the contract number of any government contract: _____

---

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: **Lot Lease Agreement - 4209, 4213, and 4215 Ave H, Lot 1-7 Blk 19 Hyde Park Addn No 1** — **Contract to be REJECTED**

**Hyde Park High Street, LLC**
**3501 Manor Road**
**Austin, TX 78723**

State the term remaining: **1 months**

List the contract number of any government contract: _____

---

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: **Lady Quack's Cakery Bakery/Cafe lease - 1900 Simond Ave Suite 300 78745**

**PPF Amli Simond Avenue, LLC**
**5057 Keller Springs Rd Ste 250**
**Addison, TX 75001-6912**

State the term remaining: **0 months**

List the contract number of any government contract: _____

---

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: **Office Service Agreement - Headquarters** — **Contract to be ASSUMED**

**Regus Management Group LLC**
**15305 North Dallas Parkway 400**
**Addison, TX 75001**

State the term remaining: **0 months**

List the contract number of any government contract: _____

Debtor     **QUACK'S 43RD ST. BAKERY, LLC**
           _____     Case number *(if known)* _____
           Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10**
State what the contract or lease is for and the nature of the debtor's interest

Storage for broken equipment for parts

Contract to be ASSUMED

State the term remaining    0 months

List the contract number of any government contract

Silver Hill Storage

2600 Buell Ave

2600 Buell Ave

Austin, TX 78757-7628

**2.11**
State what the contract or lease is for and the nature of the debtor's interest

Cellphone Lease

Contract to be REJECTED

State the term remaining    0 months

List the contract number of any government contract

SpectrumVoIP, Inc.

PO Box 250588

Plano, TX 75025

Fill in this information to identify the case:

Debtor name __**QUACK'S 43RD ST. BAKERY, LLC**__

United States Bankruptcy Court for the: _____**Western**_____ District of ____**Texas**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Arthur Silver** | **6814 Vine St** <br> Street <br><br> **Austin, TX 78757** <br> City          State          ZIP Code | **Clicklease LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br><br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**

Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                                   **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*......................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................

   | $96,732.28 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................

   | $96,732.28 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $138,538.37 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $736,551.17 |

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   | $875,089.54 |

Fill in this information to identify the case:

Debtor name     **QUACK'S 43RD ST. BAKERY, LLC**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,792,370.18** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,434,144.75** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,308,995.57** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

| Debtor | QUACK'S 43RD ST. BAKERY, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **WebBank** <br> Creditor's name <br> **215 S State St Ste 1000** <br> Street <br><br> **Salt Lake Cty, UT 84111-2336** <br> City　　　　State　　ZIP Code | | **$78,245.75** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other |
| **3.2.** **Crockett Partnership LLC** <br> Creditor's name <br> **1300 W Lynn St Ste 100** <br> Street <br><br> **Austin, TX 78703-3927** <br> City　　　　State　　ZIP Code | **10/30/2024** | **$7,600.00** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☑ Other **Lease payment** |
| **3.3.** **Johnson Brothers** <br> Creditor's name <br> **10731 N Ih 35** <br> Street <br><br> **San Antonio, TX 78233-6639** <br> City　　　　State　　ZIP Code | **09/06/2024** | **$7,600.00** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❑ Services <br> ❑ Other |
| **3.4.** **Forward Financing LLC** <br> Creditor's name <br> **53 State St Fl 20** <br> Street <br><br> **Boston, MA 02109-2820** <br> City　　　　State　　ZIP Code | | **$16,858.00** | ❑ Secured debt <br> ☑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)*

| 4.1. | **Heather O'Connor** | **02/12/2024** | **$23,000.00** | **Note repayment** |
| | Creditor's name | | | |
| | **13818 Whisper Bnd** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio, TX 78252-4694** | | | |
| | City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Former Manager** | | | |

| 4.2. | **Arthur Silver** | **weekly** | **$2,125.00** | **Note repayment not including** |
| | Creditor's name | | | **contributions.** |
| | **6814 Vine St** | | | |
| | Street | | | |
| | | | | |
| | **Austin, TX 78757** | | | |
| | City State ZIP Code | | | |
| | Relationship to debtor | | | |

| 4.3. | **Cheryl Silver** | **monthly** | **$1,533.00** | **Note repayment.** |
| | Creditor's name | | | |
| | **6814 Vine St** | | | |
| | Street | | | |
| | | | | |
| | **Austin, TX 78757-2348** | | | |
| | City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Owner's wife** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |
| 5.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| | | | |
| City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

Debtor    QUACK'S 43RD ST. BAKERY, LLC                          Case number *(if known)* _____
          Name

6.1.    _____          _____  _____
        Creditor's name

        _____          XXXX– __ __ __
        Street

        _____

        _____
        City          State    ZIP Code

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

7.1.  | Case title | Nature of case | Court or agency's name and address | Status of case |
      |---|---|---|---|
      | _____ | _____ | Name _____ | ☐ Pending |
      | | | | ☐ On appeal |
      | **Case number** | | Street _____ | ☐ Concluded |
      | _____ | | _____ | |
      | | | City      State    ZIP Code | |

**8.    Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

8.1.  | Custodian's name and address | Description of the property | Value |
      |---|---|---|
      | Custodian's name _____ | _____ | _____ |
      | Street _____ | **Case title** | **Court name and address** |
      | _____ | _____ | Name _____ |
      | City      State    ZIP Code | **Case number** | Street _____ |
      | | _____ | _____ |
      | | **Date of order or assignment** | City      State    ZIP Code |
      | | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**  Case number *(if known)*
_____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City          State    ZIP Code

**Recipient's relationship to debtor**

_____

---

**Part 5:  Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fees** | **09/24/2024** | **$2,500.00** |
| | Address | **Attorney's Fees** | **11/07/2024** | **$32,500.00** |
| | **6200 Savoy Suite 1150** | | | |
| | Street | | | |
| | **Houston, TX 77036** | | | |
| | City          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor  QUACK'S 43RD ST. BAKERY, LLC
        Name

Case number *(if known)*

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **5316 Menchaca Rd** <br> Street <br> <br> **Austin, TX 78745-2888** <br> City          State     ZIP Code | From **07/2017**   To **08/2024** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                        **Email addresses, names, phone numbers through**

State the nature of the information collected and retained. **POS**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)*

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Silver Hill Storage**<br>Name<br>**2600 Buell Ave**<br>Street<br>_____<br>**Austin, TX 78757-7628**<br>City          State     ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | ~~Assorted furniture and broken~~<br>~~equipment using for parts~~<br>_____<br>_____<br>_____ | ☐ No<br><br>☑ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

Debtor **QUACK'S 43RD ST. BAKERY, LLC** Case number *(if known)* _____

Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Frye Tax Service** | From **2020**  To **2024** |
| Name | |
| **2331 Thornwild Pass** | |
| Street | |
| **78758** | |
| City          State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Frye Tax Service** | From **2020**  To **2024** |
| Name | |
| **2331 Thornwild Pass** | |
| Street | |
| **Austin, TX 78758-2416** | |
| City          State     ZIP Code | |

Debtor  **QUACK'S 43RD ST. BAKERY, LLC**
Name

Case number *(if known)*

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Frye Tax Service** <br> Name <br><br> **2331 Thornwild Pass** <br> Street <br><br><br> **Austin, TX 78758-2416** <br> City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arthur Silver** | **6814 Vine St Austin, TX 78757** | Owner, | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor     QUACK'S 43RD ST. BAKERY, LLC                                    Case number *(if known)*
           Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| | | , | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. **Austen Silver**             $45,000 per year          **Salary for**
       Name                                                    **managing**
       **12345 Lamplight Village Ave Apt 228**                 **company.**
       Street

       **Austin, TX 78758-2554**
       City                          State       ZIP Code

       Relationship to debtor

       **Manager**

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/21/2024**
              MM/ DD/ YYYY

**X** **/s/ Arthur Silver**                    Printed name          **Arthur Silver**
Signature of individual signing on behalf of the debtor

Debtor   **QUACK'S 43RD ST. BAKERY, LLC**   Case number *(if known)* _____

Name

Position or relationship to debtor     **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**     QUACK'S 43RD ST. BAKERY, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................   **$35,000.00**

Prior to the filing of this statement I have received ................................................................................   **$35,000.00**

Balance Due .............................................................................................................................................   **$0.00**

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/21/2024** | **/s/ Robert C Lane** |
|---|---|
| Date | Robert C Lane |
| | *Signature of Attorney* |
| | Bar Number: 24046263 |
| | The Lane Law Firm |
| | 1555 State St |
| | Salem, OR 97301 |
| | |
| | **The Lane Law Firm** |
| | *Name of law firm* |

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **QUACK'S 43RD ST. BAKERY, LLC**                    CASE NO

                                                          CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    __**11/21/2024**__    Signature _____ **/s/ Arthur Silver** _____

                                                          Arthur Silver, Member

AMLI
5057 KELLER SPRINGS RD STE 250
ADDISON, TX 75001-6912


ARTHUR SILVER
6814 VINE ST
AUSTIN, TX 78757


AUSTEN SILVER
12345 LAMPLIGHT VILLAGE AVE APT 228
AUSTIN, TX 78758-2554


BANK OF AMERICA
ATTN: BANKRUPTCY DEPT
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27420-6012


CHASE
PO BOX BOX 78039
PHOENIX, AZ 85062


CHERYL SILVER
6814 VINE ST
AUSTIN, TX 78757-2348


CLICKLEASE LLC
1182W W 2400 S
WEST VALLEY CITY, UT 84119


CROCKET PARTNERSHIP LLC
1300 W LYNN ST STE 100
AUSTIN, TX 78703-3927

CROCKETT PARTNERSHIP LLC
1300 W LYNN ST STE 100
AUSTIN, TX 78703-3927


CSA MANAGEMENT, INC
9011 MOUNTAIN RIDGE DR STE 200
AUSTIN, TX 78759-7251


DANIEL RODRIGUEZ
340 COMANCHE ST
NEW BRAUNFELS, TX 78130


DAVID HANSEN CLOUD
SERVICES
5701 KLEBERG TRL
AUSTIN, TX 78747-2738


EDWARD N. SHAW, LLC
304 FOX KING
BURNET, TX 78611


EGGERS JOINT LIVING TRUST
3402 BROADMEAD DR
HOUSTON, TX 77025-3703


FORWARD FINANCING LLC
53 STATE ST FL 20
BOSTON, MA 02109-2820


HEATHER O'CONNOR
13818 WHISPER BND
SAN ANTONIO, TX 78252-4694

HYDE PARK HIGH STREET,
LLC
3501 MANOR ROAD
AUSTIN, TX 78723


JOHNSON BROTHERS
10731 N IH 35
SAN ANTONIO, TX 78233-6639


MARLIN BUSINESS SERVICES
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054


MARLIN CAPITAL SOLUTIONS
16019 ADELANTE ST
IRWINDALE, CA 91702-3255


PPF AMLI SIMOND AVENUE,
LLC
5057 KELLER SPRINGS RD STE 250
ADDISON, TX 75001-6912


QUACK'S 43RD ST. BAKERY,
LLC
6814 VINE ST
AUSTIN, TX 78757-2348


REGUS MANAGEMENT GROUP
LLC
15305 NORTH DALLAS PARKWAY 400
ADDISON, TX 75001


SILVER HILL STORAGE
2600 BUELL AVE
2600 BUELL AVE
AUSTIN, TX 78757-7628

SPECTRUMVOLP, INC.
PO BOX 250588
PLANO, TX 75025

THE LANE LAW FIRM
1555 STATE ST
SALEM, OR 97301

WEBBANK
215 S STATE ST STE 1000
SALT LAKE CTY, UT 84111-2336